Matthew J.M. Prebeg (Texas Bar No. 00791465)
Admitted *Pro Hac Vice*
Stephen W. Abbott (Texas Bar No. 00795933)
Admitted *Pro Hac Vice*
Christopher M. Faucett (Texas Bar No. 00795198)
Admitted *Pro Hac Vice*
**CLEARMAN | PREBEG LLP**
815 Walker Street, Suite 1040
Houston, Texas  77002
Phone:  (713) 223-7070
Fax:       (713) 223-7071
Email:   mprebeg@clearmanprebeg.com
              sabbott@clearmanprebeg.com
              cfaucett@clearmanprebeg.com

Alan M. Kindred, SBN 135145
Ivan Posey, SBN 196386
**KINDRED | POSEY**
1603 Manor Gate Road
Hacienda Heights, CA 91745
Phone: (888) 499-5558
Fax:     (213) 559-8822
E-mail: Alan.Kindred@kindredposey.com
E-mail: Ivan.Posey@kindredposey.com

**Attorneys for Plaintiff, Dennis Fernandez**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FERNANDEZ, an individual<br><br>                 Plaintiff,<br><br>        vs.<br><br>TOYOTA MOTOR CORPORATION, | CASE NO.<br><br>2:11-CV-09605-ODW (PLAx)<br><br>**PARTIES' P.L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3

KINDRED | POSEY
(888) 499-5558

a Japanese Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, and TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation

Defendant,

Pursuant to Rule 4-3 of the Patent Local Rules for the Northern District of California  (adopted by this Court in its Standing Order Regarding Patent Cases entered February 2, 2012 (Doc. No. 20)) and the Court's Scheduling and Case Management Order entered May 4, 2012 (Doc. No. 37), Plaintiff Dennis Fernandez ("Plaintiff") and Defendants Toyota Motor Corporation ("TMC"), Toyota Motor North America, Inc. ("TMNA"), and Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, "Defendants"), hereby submit their Joint Construction and Prehearing Statement With Respect to U.S. Patent Nos. 7,374,003 ("the '003 Patent"), 7,575,080 ("the '080 Patent") and 7,980,341 ("the '341 Patent") (collectively, "the Patents in Suit").

## I.      CONSTRUCTION OF CLAIM TERMS, PHRASES, OR CLAUSES ON WHICH THE PARTIES AGREE

Attached hereto as Exhibit A is a chart setting forth the constructions of claim terms, phrases, or clauses on which the parties agree.

KINDRED | POSEY
(888) 499-5558

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3

## II.   PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM, PHRASE, OR CLAUSE AND IDENTIFICATION OF SUPPORT

Attached hereto as Exhibit B is a chart setting forth the constructions proposed by the parties for each disputed claim term of the Patents in Suit. Plaintiff's and Defendants' intrinsic and extrinsic evidence in support of their constructions are attached hereto as Exhibits C and D, respectively.

Plaintiff reserves the right to rely on any intrinsic and/or extrinsic evidence offered by Defendants as evidence to support its constructions or to rebut those proposed by Defendants.  Plaintiff reserves the right to present any evidence in rebuttal to intrinsic and/or extrinsic evidence Defendants may identify or attempt to offer.

Defendants reserve the right to rely on any intrinsic and/or extrinsic evidence offered by Plaintiff as evidence to support their constructions or to rebut those proposed by Plaintiff.  Defendants reserve the right to present any evidence in rebuttal to intrinsic and/or extrinsic evidence Plaintiff may identify or attempt to offer.

## III.   IDENTIFICATION OF MOST SIGNIFICANT TERMS

The Parties' identification of the terms whose construction will be most significant to the resolution of the case is attached hereto as Exhibit E.

KINDRED | POSEY
(888) 499-5558

**IV.   ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING**

The parties respectfully submit that the Claim Construction Hearing will require no more than three hours for the oral hearing with the time evenly divided between Plaintiff and Defendants.

**V.   WITNESSES**

No party proposes calling live witnesses during the Claim Construction Hearing.

Date:  September 10, 2012                    Respectfully submitted,

/s/ Stephen W. Abbott
Alan Kindred
Ivan Posey
**KINDRED | POSEY**

Matthew J.M. Prebeg
  Admitted *Pro Hac Vice*
Stephen W. Abbott
  Admitted *Pro Hac Vice*
Christopher M. Faucett
Admitted *Pro Hac Vice*
**CLEARMAN | PREBEG LLP**

**Attorneys for Plaintiff, Dennis Fernandez**

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3

4

KINDRED | POSEY
(888) 499-5558

1

2    By: /s/ Matt Berkowitz

3    Megan Whyman Olesek (SBN 191218)
     *molesek@kenyon.com*
4    KENYON & KENYON LLP
     1801 Page Mill Road, Suite 210
5    Palo Alto, CA  94304-1216
     Phone:  650.384.4700
6    Fax:     650.384.4701

7    George E. Badenoch (Admitted *pro hac vice*)
     *gbadenoch@kenyon.com*
8    John Flock (Admitted *pro hac vice*)
     *jflock@kenyon.com*
9    Thomas R. Makin (Admitted *pro hac vice*)
     *tmakin@kenyon.com*
10   Matt Berkowitz (Admitted *pro hac vice*)
     *mberkowitz@kenyon.com*
11   KENYON & KENYON LLP
     One Broadway
12   New York, New York 10004-1050
     Phone:  212.425.7200
13   Fax:     212.425.5288

14

15   Donald L. Ridge (SBN 132171)
     *dridge@mpplaw.com*
16   MORRIS POLICH & PURDY LLP
     1055 West Seventh Street, 24th Floor
17   Los Angeles, California 90017
     Telephone: (213) 891-9100
18   Facsimile: (213) 488-1178

19

20   **Attorneys for Defendants and**
     **Counterclaimants Toyota Motor**
21   **Corporation, Toyota Motor North America,**
     **Inc.; and Toyota Motor Sales, U.S.A., Inc.**

22

23

24

25

26

27

28

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3

KINDRED | POSEY
(888) 499-5558

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on September 10, 2012, I served a true and correct copy of the Parties' JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT RULE 4-3 by email on the following counsel for defendants:

Megan Whyman Olesek
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304-1216
Phone:  650-384-4700
Fax:       650-384-4701
Email:  molesek@kenyon.com

John Flock
**Kenyon & Kenyon LLP**
One Broadway
New York, New York 10004-1050
Phone:  212-425-7200
Fax:       212-425-5288
Email:  jflock@kenyon.com

/s/ Stephen W. Abbott
Stephen W. Abbott

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3