*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

# Exhibit D: Toyota's Intrinsic and Extrinsic Evidence in Support of Proposed Constructions for Disputed Claim Terms of The Patents in Suit

**Table 1: Intrinsic and Extrinsic Evidence in Support of the Parties' Agreed Significant Claim Terms**

| No. | Agreed Significant Claim Term | Defendants' Construction | Support[1] |
|---|---|---|---|
| 1 | "telematic appliance"[2] and "telematic system"[3] | Telematic Appliance: "component in an onboard system that wirelessly transmits or receives signals"<br><br>Telematic System: "onboard system that wirelessly transmits or receives signals" | **Patent Cites:** *See, e.g.,* '003 Patent: Fig. 6; Cols.33-9:59; 1:32-34; 2:1-5; 7:30-33; 7:33-56; 8:21-34; 8:35-45.<br><br>**McGraw Hill Dictionary of Engineering 2003 ("appliance")**<br><br>*See, e.g.,* U.S. Patent No. 7,575,080 ('080 Patent): Fig. 6; Cols. 7:27-9:50; 8:28-38; 8:14-27. |
| 2 | "to predict or measure electrical operation or need therein"<br><br>('080: Claim 1) | "to detect current energy use, or to anticipate future energy required in each of the vehicle and the telematic system" | **Patent Cites:** Support is found in the claim language itself. *See, also e.g.,* '080 Patent: Cols. 11:8-20; 14:49-51; 15:14-17; 14:25-32.<br><br>**Oxford (2004)**<br><br>**Merriam Webster's Collegiate Dict. (2003):** |

---

[1] Toyota may also rely on the claims themselves and case law as support for any of its constructions. Toyota further reserves the right to rely upon expert testimony or any additional intrinsic or extrinsic evidence in rebuttal to any evidence submitted by Fernandez in support of his proposed constructions.
[2] This term appears in claim 1 of the '003 patent and the asserted claims of the '341 patent.
[3] This term appears in claims 1 and 2 of the '080 patent.

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

| No. | Agreed Significant Claim Term | Defendants' Construction | Support[1] |
|---|---|---|---|
| 3 | "proactively according to a predicted function in a telematic appliance"<br><br>('341: Claims 1-4) | "based on the anticipated needs in a telematic appliance" | **Patent Cites:** *See, e.g.,* '341 Patent: Cols. 14:49-60; 15:20-23.<br><br>**http://www.thefreedictionary.com/proactive**:<br><br>**Merriam Webster's Collegiate Dict. (2003): ("proactive")** |
| 4 | "managing the power distribution between the auxiliary power source and the primary power source"<br><br>('003: Claim 1) | "controlling the energy transferred from the auxiliary power source to the primary power source and from the primary power source to the auxiliary power source" | **Patent Cites:** *See, e.g.,* '003 Patent: Figs. 4 – 6; Cols. 7:41-47; 5:38-45; 10:34-36; 4:11-27; 15:6-12; 11:5-6.<br><br>**http://www.thefreedictionary.com/between**<br><br>**American Heritage College Dictionary (2002) ("between")** |

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

**Table 2: Intrinsic and Extrinsic Evidence in Support of Plaintiff's Significant Claim Terms**

| No. | Plaintiff's Significant Claim Terms | Defendants' Construction | Support[4] |
|---|---|---|---|
| P.1 | "adaptively" ('003: Claim 1)[5] | "adjustably" | *See, e.g.,* '003 Patent: Cols. 14:63-15:5; 15:32-35. |
| P.2 | "reactively in response to a measured quality of electrical power signal" ('341: Claims 1-4) | "based on a detected quality of electrical power signal" | **Patent Cites:** *See, e.g.,* '341 Patent: Cols. 15:20-23; 14:49-60.<br><br>**http://www.thefreedictionary.com/reactive**: ("reactive")<br><br>**Merriam Webster's Collegiate Dict. (2003):** ("reactive") |
| P.3 | "sensor-based gateway" ('341: Claims 1-4) | "programmable signal interconnect, router or switch including one or more sensors" | **Patent Cites:** *See, e.g.,* U.S. Patent No. 7,980,341 ('341 Patent): Figs. 3 – 6; Cols. 2:11-20; 5:12-16; 13:48-56; 7:44-52. |

---

[4] Toyota may also rely on the claims themselves and case law as support for any of its constructions. Toyota further reserves the right to rely upon expert testimony or any additional intrinsic or extrinsic evidence in rebuttal to any evidence submitted by Fernandez in support of his proposed constructions.

[5] This term also appears in the asserted claims of the '080 patent and the '341 patent.

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

**Table 3: Intrinsic and Extrinsic Evidence in Support of Defendants' Significant Claim Terms**

| No. | Defendants' Significant Claim Terms | Defendants' Construction | Support[6] |
|---|---|---|---|
| D.1 | "using local routing interconnect network protocol adaptively to control vehicle rescue"<br><br>('341: Claims 1, 3) | "using the onboard communication network to adjustably choose the number of vehicle rescue-related sensors necessary to satisfy the selected data rate" | *See, e.g.,* '341 Patent: Figs. 6, 7; Cols. 7:30-44; 2:15-20; 8:37-41; 11:54-63; 8:55-65. |
| D.2 | "a [the] specified data rate"<br><br>('341: Claims 1, 3) | "a [the] selected data rate" | **Patent Cites:** *See, e.g.,* '341 Patent: Cols. 7:30-44; 7:4-10.<br><br>**http://www.thefreedictionary.com/specify**<br><br>**American Heritage College Dictionary (2002) ("specify")** |

---

[6]   Toyota may also rely on the claims themselves and case law as support for any of its constructions. Toyota further reserves the right to rely upon expert testimony or any additional intrinsic or extrinsic evidence in rebuttal to any evidence submitted by Fernandez in support of his proposed constructions.

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

| No. | Defendants' Significant Claim Terms | Defendants' Construction | Support[6] |
|---|---|---|---|
| D.3 | wherein the central controller using the software-automated sensor data adaptively controls electrical power provided through the gateway reactively in response to a measured quality of electrical power signal, and proactively according to a predicted function in a telematic appliance according to the specified data rate and the telematic navigational and security alert to enable rescue service using the software-automated sensor data and local routing interconnect network protocol adaptively according to vehicle location and the specified data rate<br><br>('341: Claims 1, 3) | Indefinite | NA |

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

**Table 4: Intrinsic and Extrinsic Evidence in Support of Parties' Less Significant Disputed Claim Terms**

| No. | Parties' Disputed Claim Terms | Defendants' Construction | Support[7] |
|---|---|---|---|
| PD.1 | *Proposed by Toyota and Fernandez*<br><br>"coupled adaptively"<br>('080: claim 2) | "adjustably connected" | *See, e.g.,* '080 Patent: Cols. 14:42-44; 14:66-15:8. |
| PD.2 | *Proposed by Fernandez*<br><br>"vehicle multimedia bus"<br>('080: claim 2) | "a transmission path in a vehicle for carrying multimedia-related data" | *See, e.g.,* '080 Patent: Figs. 4 – 6; Cols. 7:50-8:13; 4:59-5:2; 5:59-6:8; 8:10-13. |
| PD.3 | *Proposed by Toyota*<br><br>"using [the] software-automated sensor data adaptively"<br>('341: Claims 1, 3)<br><br>*Proposed by Fernandez*<br><br>"using software-automated sensor data adaptively to control user interaction and enable communication"<br>('341: Claims 1, 3) | Indefinite | NA |
| PD.4 | *Proposed by Toyota*<br><br>"and the central controller automatically using software-automated sensor data adaptively to control user interaction and enable communication through a vehicle multimedia interface via the sensor-based gateway according to a specified data rate and telematic navigational and security alert using local routing interconnect network protocol | Indefinite | NA |

---

[7] Toyota may also rely on the claims themselves and case law as support for any of its constructions. Toyota further reserves the right to rely upon expert testimony or any additional intrinsic or extrinsic evidence in rebuttal to any evidence submitted by Fernandez in support of his proposed constructions.

*Dennis Fernandez v. Toyota Motor Corporation, et al.*
**Civil Action No.: 2:11-CV-09605-ODW (PLAx)**

| No. | Parties' Disputed Claim Terms | Defendants' Construction | Support[7] |
|---|---|---|---|
| | adaptively to control vehicle rescue" <br><br> ('341: Claim 1) | | |
| PD.5 | *Proposed by Toyota* <br><br> "wherein the sensor-based gateway microprocessor comprises a programmable signal interconnect and router, the sensor-based gateway microprocessor using at least one sensor automatically using software-automated sensor data adaptively to control user interaction and enable communication through a vehicle multimedia interface via the sensor-based gateway according to a specified data rate and telematic navigational and security alert using local routing interconnect network protocol adaptively to control vehicle rescue" | Indefinite | NA |