JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. | Case 2:11-CV-09605-ODW (PLAx) <br><br> **[Hon. Otis D. Wright]** <br><br> **ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

    The Parties entered into a Stipulation of Dismissal on May 23, 2016 pursuant to Rule 41 of the Federal Rules of Civil Procedure. Parties have requested that the Court dismiss Plaintiff Dennis Fernandez's claims in this action with prejudice and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc. and Toyota Motor Sales U.S.A., Inc.'s counterclaims in this action without prejudice, with all attorneys' fees, costs, and expenses borne by the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that Plaintiff's claims in this action are dismissed with prejudice and Defendants' counterclaims in this action are dismissed without prejudice.  **IT IS FURTHER ORDERED** that each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**:

Dated:  May 24, 2016

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT COURT JUDGE